**WIGGINS, CHILDS, PANTAZIS, FISHER GOLDFARB, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY

1850 M STREET, N.W.
SUITE 720
WASHINGTON, DC 20036

Telephone (202) 467-4489 (direct dial)
Facsimile (205) 314-0805
Email: tfleming@wcqp.com

May 28, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 1 2015
```

<u>*Via Electronic Submission*</u>

The Honorable Katherine B. Forrest
UNITED STATES DISTRICT JUDGE
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *In Re 650 Fifth Avenue and Related Properties, 1:08-cv-10934 (KBF) and related cases*

Dear Judge Forrest:

    Principally due to my having attended a family reunion over the Memorial Day weekend, the Havlish Plaintiffs request a short extension of time, until Tuesday, June 2, 2015, to file their Reply to the Oppositions of Alavi Foundation and 650 Fifth Avenue Company to the Havlish Plaintiffs' Motion for Modification of, or Relief from, Protective and Confidentiality Orders.

    The Havlish Plaintiffs' Reply to the opposition of Assa Corporation and Assa Company, Ltd., to the same motion is due on that date, June 2, 2015. We would like to file only one consolidated reply.

    Counsel for Alavi and 650 Fifth Avenue Company, Daniel Rozumna, has stated to me that he has no objection to this request. Counsel for the Assa companies, Donald Luke, has also stated that he has no objection to this request.

                      Respectfully submitted,

                      */s/ Timothy B. Fleming*

                      Timothy B. Fleming
                      WIGGINS, CHILDS, PANTAZIS, FISHER GOLDFARB PLLC
                      *Counsel to the Havlish Judgment Creditors*

cc:  All Counsel of Record via email

[Handwritten note: "Ordered. Post to docket. File all correspondence in locked."]

| | |
|---|---|
| THE KRESS BUILDING | 1850 M STREET, N.W. |
| 301 19TH STREET NORTH | SUITE 720 |
| BIRMINGHAM, AL 35203 | WASHINGTON, D.C. 20036 |
| (205) 328-0640 | (202) 467-4489 |

[Handwritten signature: KBF, USDJ, 6/1/15]