## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES  | No.08-Civ.-10934-LAP<br><br>THIS DOCUMENT RELATES TO:<br><br>1:09-cv-00166-LAP<br>1:09-cv-00553-LAP<br>1:09-cv-00564-LAP<br>1:09-cv-04614-LAP<br>1:10-cv-01627-LAP<br>1:11-cv-03761-LAP<br>1:09-cv-00165-LAP<br>1:12-mc-00022-LAP<br>1:14-cv-09652-KBF<br>1:12-mc-00021-LAP<br>1:12-mc-00020-LAP<br>1:12-mc-00019-LAP<br>1:13-mc-00071-LAP<br>1:13-cv-01825-LAP<br>1:13-cv-01848-LAP<br>1:14-cv-08012-KBF<br>1:10-cv-02464-LAP<br>1:09-cv-04784-LAP<br>2:17-cv-00959-LAP |

### ORDER GRANTING MOTION OF PETER LIVINGSTON, DEBORAH KOPLOVITZ AND ANDERSON KILL P.C. FOR LEAVE TO WITHDRAW

This case came before the Court on February 12, 2020 on motion of Peter Livingston, Deborah Koplovitz and Anderson Kill P.C. for leave to withdraw as counsel for Defendants Assa Corp. and Assa Co. Ltd. (ECF 2131). The Court having reviewed the motion, together with the Court file; having heard argument of counsel; and having considered the applicable law and rules, hereby orders as follows:

    1.    The motion of Peter Livingston, Deborah Koplovitz and Anderson Kill P.C. for leave to withdraw as counsel for Defendants Assa Corp. and Assa Co. Ltd.

(ECF 2131) is granted, they are hereby relieved of any and all further duties and responsibilities for Assa Corp. and Assa Co. Ltd.

SO ORDERED

February 21, 2020

_____
Loretta A. Preska, U.S.D.J.